IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PATRICIA BENTON LEE, | * |
| Appellant, | * |
| | Bankruptcy Appeal No. 7:20-CV-222(HL) |
| V. | * |
| U.S. NATIONAL BANK ASSOCIATION, not in its individual capacity but solely as TRUSTEE FOR RMAC TRUST, SERIES 2016-CTT, | * |
| | * |
| Appellee. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 4, 2021, and for the reasons stated therein, the Bankruptcy court's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Appellee.

This 4th day of October, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk